JS - 6/ENTER



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LEWIS ANDERSON,<br><br>    Petitioner,<br><br>    v.<br><br>SCOTT H. MCEWEN, Warden,<br><br>    Respondent. | Case No. EDCV 11-0977-AHM (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: July 26, 2011

A. Howard Matz
United States District Judge

